IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRADLEY CLYDE FUDGE,

    Plaintiff,

v.                                               No. CV 20-674 JB/CG

ALAN J. BROWN, et al.,

    Defendants.

## ORDER OF ABEYANCE

**THIS MATTER** is before the Court *sua sponte* and on consent of the parties. The Court finds good cause to **HOLD IN ABEYANCE** Plaintiff Bradley Clyde Fudge's *Motion to File Evidence/Exhibits*, (Doc. 46), filed September 30, 2021, pending the appointment of counsel for Mr. Fudge.

**IT IS THEREFORE ORDERED** that Mr. Fudge's *Motion to File Evidence/Exhibits*, (Doc. 46), is **ABATED** pending further order of this Court.

**IT IS FURTHER ORDERED** that Defendants' deadline to respond to the motion is hereby **VACATED** pending further order of this Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE