IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRADLEY CLYDE FUDGE,

    Plaintiff,

v.                                        No. CV 20-674 DHU/CG

ALAN J. BROWN, et al.,

    Defendants.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on Plaintiff Bradley Clyde Fudge's *Motion to Amend Complaint and Pleadings*, (Doc. 72), filed April 6, 2022. Upon communication from counsel, the Motion is unopposed. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Fudge's *Motion to Amend Complaint and Pleadings*, (Doc. 72), is **GRANTED**.

**IT IS FURTHER ORDERED** that the proposed amended complaint attached to the *Motion to Amend Complaint and Pleadings*, (Doc. 72), shall be deemed filed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE