## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BRADLEY CLYDE FUDGE,

      Plaintiff,

v.                                                                   No. CV 20-674 DHU/CG

ALAN J. BROWN, et al.,

      Defendants.

## ORDER SETTING SETTLEMENT CONFERENCE

To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Federal Rule of Civil Procedure 16(a)(5). The settlement conference will be held on **Friday, July 1, 2022, at 9:00 a.m.,** in the Organ Courtroom of the United States Courthouse, 100 North Church Street, Las Cruces, New Mexico.

**IT IS HEREBY ORDERED** that Defendants' counsel and a designated representative, with full authority to resolve the case, must attend. All attorneys and parties involved in the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1]

**IT IS FURTHER ORDERED** that:

1. By **June 13, 2022**, Plaintiff shall serve on Defendants' counsel a concise letter that sets forth a settlement demand itemizing the principal supporting damages or other relief that Plaintiff asserts would appropriately be granted at trial.

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

2. By **June 17, 2022**, Defendants' counsel shall serve on Plaintiff a concise letter that sets forth a response to the settlement demand.

3. By **June 17, 2022**, Defendants' counsel shall provide to the Court a copy of each letter. These materials may be submitted to the Court by email: garzaschambers@nmd.uscourts.gov.

4. By **June 17, 2022**, Defendants' counsel shall also either:

    a. File a dispositive motion, and separately indicate to the Court that Defendants intend the Court to rely on this motion for purposes of the settlement conference; or

    b. Provide to the Court a confidential, concise letter containing an analysis of the strengths and weaknesses of their case; and any video or audio recordings of the incident upon which this action is based. The letter should be five (5) pages or fewer. These materials may be submitted to the Court by email: garzaschambers@nmd.uscourts.gov

5. Before **June 27, 2022**, Defendants' counsel shall confer with Plaintiff about the parties' respective positions.

A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE