IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRADLEY CLYDE FUDGE,

    Plaintiff,

v.                                                        No. CV 20-674 DHU/CG

ALAN J. BROWN, et al.,

    Defendants.

### ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' settlement of this matter. *See* (Doc. 87). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **August 19, 2022**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE